FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL PEDRO GUTIERREZ-RAMOS, ) | Case NO. SACV 08-0040-GPS (JTL) |
| Petitioner, ) | **J U D G M E N T** |
| v. ) | |
| IRENE MARTIN, ) | |
| Respondent. ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: 7/23/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE